UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION  :   CASE NO. _____
OF THE UNITED STATES OF AMERICA    :
FOR A SEARCH WARRANT FOR THE       :
PREMISES LOCATED AT                :
3613 22nd STREET SE                :
WASHINGTON, D.C.  20020            :

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

John Dunham, Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Washington Field Office ("WFO"), Washington, D.C., (hereinafter "your affiant") being duly sworn, deposes and states as follows:

### GENERAL BACKGROUND

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to investigate and to make arrests for offenses enumerated in Section 2516 of Title 18 and 21, United States Code.

2. I have over nine years of law enforcement experience stemming from employment as a Special Agent with the Air Force Office of Special Investigations beginning in May 2004 to my present assignment. Currently, I am a duly appointed Special Agent of the Federal Bureau of Investigation (FBI) and have been employed as such since October 2005. I am assigned to the Violent Crime/Major Offenders Squad in Washington, D.C. and my duties include investigating bank robberies, armored car robberies, extraterritorial offenses, kidnappings, armed carjackings and theft of government property. I have investigated numerous criminal violations and have obtained arrest and search warrants.

3. During the course of my participation in the investigations of violent crimes, I

have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, undercover agents, confidential informants and cooperating witnesses, consensually monitored recordings, investigative interviews, trash covers, financial investigations, the service of Administrative and Grand Jury Subpoenas, analyzing telephone pen register and caller identification system data, conducting court-authorized electronic surveillance and the execution of search and arrest warrants.  Through instruction and participation in investigations, I have become familiar with the manner in which criminal offenders conduct their illegal business and the methods, language, and terms that are used to disguise conversations about their activities.

      3.      Based on my experience and training, I am aware that:

      a.      Those involved in criminal activities commonly maintain at their residences, and on their property, tools and other implements they used during or in furtherance of the commission of crime.

      b.      Those involved in criminal activities commonly maintain at their residences, and on their property, books, records, receipts, computer diskettes, computers, notes, ledgers, airline tickets, money orders, and other papers and electronic records relating to their criminal activities.

      c.      Those involved in criminal activities commonly maintain books, papers, documents, and electronic records in secure locations within their residences and their property, so they can have ready access to such information.

      d.      Those involved in criminal activities attempt to legitimize the proceeds from their criminal activities.  They often accomplish this by using the services of foreign and

domestic banks and various financial institutions, and real estate brokers. Books and papers relating to such efforts, including but not limited to, cashier checks, money orders, telegrams, letters of credit and ledgers, are maintained in the residences and on the property of those involved in criminal activities.

      e.    Those involved in criminal activities take, or cause to be taken, photographs of themselves, their associates, property derived from their criminal activities, and their products, including with cellular telephones, and that such photographs are often kept in their residences or stored in electronic format on computers and computer thumb drives.

      f.    Those involved in criminal activities very often place assets, including real and personal property, such as vehicles, in names other than their own to avoid the detection and forfeiture of such assets by government agencies and continue to use these assets and to exercise dominion and control over them even though the assets are normally owned by them.

      g.    Those involved in criminal activities usually have in their possession weapons. These weapons often consist of knives, guns, rifles, pistols, revolvers, shotguns, assault-type weapons, and other firearms as well as ammunition for any handgun, shotgun, and/or rifles. They posses these items for protection against robbery and also for use during and in furtherance of the commission of criminal offenses.

      4.    This affidavit is based, in part, upon information provided to me by other Special Agents of the FBI and officers of the Washington, D.C. Metropolitan Police Department (MPD) and Prince George's County Police Department (PGPD), witnesses, physical surveillance, and other information gathered during the course of this investigation. Since this affidavit is being submitted for the limited purpose of obtaining a search warrant for a residence, I have not

included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for the issuance of this search warrant.

5. As a result of my personal participation in this investigation, as well as through interviews with and analysis of reports submitted by other Special Agents of the FBI and officers of the MPD and PGPD and other law enforcement agencies who are involved in this investigation, I am familiar with all aspects of this investigation. On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the facts to show there is probable cause to believe that fruits and evidence of offenses involving bank robbery and attempted bank robbery, in violation of Title 18, United States Code, § 2113(a), will be found located at 3613 22nd Street SE, Washington D.C. 20020, as further described in Attachment A.

6. Attachment B describes the matters and things to be seized. All statements made in Attachments A and B are adopted into the body of this Affidavit as if fully set forth herein.

## THE INVESTIGATION

7. On June 6, 2014, a young black male approximately 5'10 in height, medium build and dark complexion (SUBJECT Herein) entered the PNC Bank, 2000 Martin Luther King Jr Ave, SE, Washington, D.C. The SUBJECT was wearing a blue bucket style hat with a white band around it and a dark t shirt with a logo on the front of it and a diamond type stud earring in his left ear. The SUBJECT approached a teller station and displayed a handwritten note which demanded money in $50's and $100's and indicated everybody would die if his demands were not met. The victim teller handed over a GPS tracking device as well as several $50.00 bills

($550 in actual currency), and the SUBJECT fled the bank with the cash, the GPS tracker and the note. The SUBJECT's entire visit to the bank was captured on the bank surveillance camera system.

8. On June 7, 2014, the same SUBJECT approached a teller at PNC Bank, 10501 Greenbelt Road, Lanham, MD 20706, wearing a tan and brown fedora hat and a white and black American flag shirt and a diamond type stud earring in his left ear. The SUBJECT approached a teller and displayed a handwritten note demanding money. The teller informed the SUBJECT that they did not have any money and the SUBJECT fled the bank with the note still in his possession. The SUBJECT's entire visit to the bank was captured on the bank surveillance camera system.

9. On June 20, 2014 at approximately 12:15 p.m. the same SUBJECT entered the Wells Fargo Bank, 3200 Pennsylvania Ave SE, Washington D.C. wearing a black t shirt and jeans and a light colored hat with an "A" on it and a pair of two toned shoes, dark and light in color. He displayed a handwritten note demanding money. The bank provided no money and the SUBJECT fled on foot with the note still in his possession. The SUBJECT's entire visit to the bank was captured on the bank surveillance camera system.

10. On June 20, 2014, at approximately 5:00 p.m., the same SUBJECT entered the Wells Fargo Bank, 1200 First Street NE, Washington D.C. wearing a black t shirt, jeans and a pair of two-toned shoes. He displayed a handwritten note demanding money in the form of $50's and $100's and indicated everybody would die if his demands were not met. An employee told the SUBJECT that they did not have access to any cash and the SUBJECT fled the area on foot. The SUBJECT's entire visit to the bank was captured on the bank surveillance camera system.

11. On June 20, 2014, at approximately 5:05 p.m. the same SUBJECT entered TD Bank, 1275 First Street NE, Washington D.C. wearing a black t shirt and jeans and a pair of two-toned shoes and approached a teller and displayed a handwritten note demanding money in the form of $50's and $100's. The teller did not see the bottom of the note. The teller provided the SUBJECT with $350 and indicated that was all she had. The SUBJECT fled the area on foot with the cash and with the note still in his possession. The SUBJECT's entire visit to the bank was captured on the bank surveillance camera system.

12. The affiant has viewed the surveillance footage of all the bank robberies listed above along with other law enforcement officers and concluded that the SUBJECT in the five bank robberies is the same individual.

13. On the night of June 20, 2014, several photos cropped from the bank surveillance footage were broadcast on media outlets in the Washington D.C. area. On June 25, 2014, the affiant conducted an interview with a neighbor of MAURICE ANTHONY DOUGLAS, date of birth: 03/18/1994. The neighbor indicated that she had seen the pictures of the bank robber on the news and she was positive it was DOUGLAS. The neighbor indicated that DOUGLAS lives with his mother at 3613 22nd Street SE, Washington D.C. Furthermore, the neighbor advised she has recently seen him wearing the blue bucket hat that he had on in the June 6, 2014 bank robbery in Washington D.C. She also knows DOUGLAS to wear a diamond stud earring in his left ear. She also indicated she has recently seen DOUGLAS with a decent amount of cash and that normally he does not have any money.

14. A law enforcement officer who works in the area of the apartment complex and is familiar with DOUGLAS indicated DOUGLAS lived in the building that houses apartment 3613.

To clarify, the officer showed a picture of DOUGLAS to the apartment maintenance man who informed him that DOUGLAS lives in 3613 22nd Street SE, Washington D.C.

15. The affiant responded to the leasing office for 3613 22nd Street SE, Washington D.C. and was informed that the unit is leased to Tamika Carpenter. Carpenter is DOUGLAS' mother. In December of 2013, DOUGLAS notified law enforcement at that address and informed them that his mother (Carpenter) was being disrespectful to him.

## CONCLUSION

21. Based upon these facts, there is probable cause to believe that there are fruits and evidence, as further described in Attachment B, of attempted bank robbery, in violation of Title 18, United States Code, § 2113(a), will be found located at 3613 22nd Street SE, Washington D.C. 20020 as further described in Attachment A.

                    Respectfully submitted,

                    _____
                    JOHN DUNHAM
                    Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me this _____ of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA